IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JAMES YOUNG                                                                               PLAINTIFF

V.                             Civil No. 3:16-CV-03071

DEPUTY JONES, Investigator/
Detective, Boone County Sheriff's Office;
and INVESTIGATOR MICHAEL EDDINGS,
Sex Offender Detective, Boone County
Sheriff's Office                                                    DEFENDANTS

## ORDER OF DISMISSAL

This is a civil rights case filed by the Plaintiff, James Young, under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. By order (Doc. 18) entered on January 25, 2017, Defendants' motion to compel (Doc. 16) was granted. Plaintiff was directed to provide Defendants with the required responses to the discovery requests by 5:00 p.m. on February 13, 2017.

Defendants filed a motion to dismiss (Doc. 19) on February 21, 2017. They indicate they have not received the discovery responses. A show cause order (Doc. 21) was issued. Plaintiff was given until March 20, 2017, to show cause why this case should not be dismissed based on his failure to obey an order of the Court.

Plaintiff did not respond to the show cause order. On March 21, 2017, Defendants filed a second motion to dismiss (Doc. 22) on the grounds that Plaintiff had failed to obey the orders of the Court and had failed to prosecute this action.

The last communication the Court had from the Plaintiff was a change of address notice on September 9, 2016 (Doc. 13). Plaintiff has not otherwise communicated with the

Court.

The motions to dismiss (Docs. 19 & 22) are granted. This case is **DISMISSED WITH PREJUDICE** for failure to obey the orders of the Court and failure to prosecute. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 31st day of March, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE